USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THE LEGAL AID SOCIETY,

        Plaintiff,

  -v-

UNITED STATES DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,

        Defendant.

-------------------------------------------------------------------X

20-cv-2283 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    This case has been assigned to me for all purposes.

    IT IS HEREBY ORDERED that all counsel appear for a telephonic status conference on March 24, 2020 at 10:30 a.m. Counsel are directed to call (888) 251-2909 and use access code 2123101.

    Counsel for Plaintiff is ordered to notify Defendant of this order.

    SO ORDERED.

Dated: March 16, 2020
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge