```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
THE LEGAL AID SOCIETY,                                            :
                                                                  :
                Plaintiff,                                    :
                                                                  :    20-cv-2283 (LJL)
    -v-                                                         :
                                                                  :    ORDER
UNITED STATES DEPARTMENT OF HOUSING AND                           :
URBAN DEVELOPMENT,                                                :
                                                                  :
                Defendant.                                    :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As discussed at the teleconference this morning:

      IT IS HEREBY NOTED that service is deemed accepted by Defendant. Defendant's time to answer or otherwise respond to the Complaint shall run from this date.

      IT IS HEREBY ORDERED for all counsel to appear for a telephonic status conference on April 8, 2020 at 10:00 a.m. Counsel are directed to call (888) 251-2909 and use access code 2123101.

      SO ORDERED.

Dated: March 24, 2020
       New York, New York
                                                                LEWIS J. LIMAN
                                                                United States District Judge