```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
THE LEGAL AID SOCIETY,                                             :
                                                                   :
                              Plaintiff,                           :
                                                                   :      20-cv-2283 (LJL)
            -v-                                                    :
                                                                   :        ORDER
UNITED STATES DEPARTMENT OF HOUSING AND                            :
URBAN DEVELOPMENT,                                                 :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2020

LEWIS J. LIMAN, United States District Judge:

    As discussed at the status conference today, IT IS HEREBY ORDERED for all counsel to appear for a telephonic status conference on May 15, 2020 at 11:30 a.m. Counsel are directed to call (888) 251-2909 and use access code 2123101.

    SO ORDERED.

Dated: May 6, 2020
      New York, New York

                                                      LEWIS J. LIMAN
                                           United States District Judge