UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                    :

THE LEGAL AID SOCIETY,             :

                         :

             Plaintiff,        :

                         :        20-cv-2283 (LJL)

     -v-                     :

                         :          ORDER

UNITED STATES DEPARTMENT OF HOUSING AND :
URBAN DEVELOPMENT,         :

                         :

             Defendant.     :

                         :
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/21/2020__

LEWIS J. LIMAN, United States District Judge:

     The Court is in receipt of the Plaintiff's letter (Dkt. No. 23) as well as the Government's response letter (Dkt. No. 24) and two declarations (Dkt. Nos. 25, 26.)

     The parties are HEREBY ORDERED to meet and confer today on the issues presented therein, including the compromise offered by the Government at the bottom of page 5 of its letter.

     IT IS FURTHER ORDERED that Plaintiff shall submit a reply to the Government's letter and factual submissions no later than 5:00 p.m. tomorrow.

     SO ORDERED.

Dated: May 21, 2020
      New York, New York                  _____
                                      LEWIS J. LIMAN
                             United States District Judge