```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
THE LEGAL AID SOCIETY,                                             :
                                                                   :
                                         Plaintiff,                :
                                                                   :         20-cv-2283 (LJL)
                      -v-                                          :
                                                                   :         ORDER
UNITED STATES DEPARTMENT OF HOUSING AND                            :
URBAN DEVELOPMENT,                                                 :
                                                                   :
                                         Defendant.                :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

   As discussed at the status conference held today, the following is HEREBY ORDERED. The parties are directed to meet and confer regarding a production schedule for all documents that remain requested but not yet produced.

1. If the parties reach an agreement, they shall submit a status letter advising the Court of such production schedule no later than 5:00 p.m. on July 27, 2020.

2. If the parties do not reach an agreement, Plaintiff may submit a letter outlining a proposed production schedule, and arguments in support thereof, no later than 5:00 p.m. on July 27, 2020. The letter shall not exceed five single-spaced pages. No later than 5:00 p.m. on July 29, 2020, the Government shall submit an opposition that outlines a counter-proposal for a production schedule, and argument in support thereof, that also does not exceed five single-spaced pages. Plaintiff shall submit a reply, not to exceed three single-spaced pages, no later than 5:00 p.m. on July 29, 2020. The parties shall appear for a telephonic status conference at 3:00 p.m. on July 31, 2020. They are directed to call (888) 251-2909 and use access code 2123101.

   **The Clerk of Court is respectfully directed to calendar the status conference described in Paragraph 2 above.** The Court will advise the Clerk of Court if it needs to be cancelled.

   SO ORDERED.

Dated: July 16, 2020
       New York, New York                          _____
                                                   LEWIS J. LIMAN
                                                   United States District Judge