```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
THE LEGAL AID SOCIETY, :
:
Plaintiff, :
: 20-cv-2283 (LJL)
-v- :
: ORDER
:
UNITED STATES DEPARTMENT OF HOUSING AND :
URBAN DEVELOPMENT, :
:
Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of the parties' proposed stipulation and order (Dkt. No. 49). That stipulation and order imposes a deadline for production of documents except for documents to be reviewed by agencies other than HUD and the White House. In order to assist the Court's review of the proposed stipulation and order, the Government is ORDERED to submit a letter on ECF by no later than 5:00 p.m. on Friday, July 31, 2020 with its best understanding of the agencies other than HUD and the White House who will need to review any of the requested documents and its best estimate of the percentage of documents requiring White House review that will also require review by agencies other than HUD.

    The conference previously set for July 31, 2020 is CANCELLED.

SO ORDERED.

Dated: July 30, 2020
       New York, New York
                                            LEWIS J. LIMAN
                                           United States District Judge